AO 121 (6/90)

CV04 00637 HG BMK

**TO:**
Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | UNITED STATES DISTRICT COURT<br>District of Hawaii<br>300 Ala Moana Boulevard<br>Honolulu, HI 96850 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; and VIRGIN RECORDS AMERICA, INC. | MARY BUNCH |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| (S) SUE BEITIA | [signature] | DEC 0 6 2007 |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## MARY BUNCH

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Sade | Paradise | Stronger Than Pride | 93-822 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| Virgin Records America, Inc. | A Perfect Circle | Sleeping Beauty | Mer De Noms | 281-642 |
| Motown Record Company, L.P. | 98 Degrees | I Do (Cherish You) | 98 Degrees & Rising | 237-315 |
| Sony BMG Music Entertainment | Nas | You Won't See Me Tonight (Featuring Aaliyah) | I Am | 175-149 |